

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bounpheng Soryadvongsa | **Civil Action No.** 26-cv-00279-AGS-DEB |
| **Petitioner,**<br>**V.** | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Respondent,** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

In light of the parties' joint motion, this case is dismissed as moot  and the pending motion is denied is moot. The case is hereby closed.

Date:  ___3/24/26___

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita _____

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**<u>26-cv-00279-AGS-DEB</u>

Respondents:

Kristi **N**oem
Secretary of the Department of Homeland Security

Pamela Jo Bondi
Attorney General

Todd M. Lyons
Acting Director, Immigration and Customs Enforcement

Jesus Rocha
Acting Field Office Director, San Diego Field Office

Christopher LaRose
Warden at Otay Mesa Detention Center